UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61213-CIV-SINGHAL

RICHARD JEANMARY, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

PROFESSIONAL PARKING MANAGEMENT CORPORATION,

    Defendant.
_____/

## ORDER GRANTING WITHDRAWAL OF COUNSEL

**THIS CAUSE** has come before this Court on Plaintiff's Unopposed Motion for Jennifer Thelusma to Withdraw as Counsel (the "Motion") (DE [44]). The Court having considered the Motion and being fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Plaintiff's Motion is **GRANTED**. Attorney Jennifer Thelusma is hereby withdrawn as counsel from this case, and the Clerk is directed to remove attorney Jennifer Thelusma from this case. Attorneys from Dapeer Law, P.A., Hiraldo Law, P.A., and Pittman, Dutton, Hellums, Bradley & Mann, P.C. remain as counsel of record for Plaintiff and continue to represent Plaintiff in this case.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of January 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF