**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| RICHARD JEAN MARY, individually and on behalf of all others similarly situated, | ) ) Case No. 24-cv-61213-AHS ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PROFESSIONAL PARKING MANAGEMENT CORPORATION, | ) ) ) |
| Defendant. | ) ) |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT

Pursuant to S.D. Fla. Local Rules 7.1 and 11.1(d)(3), Hayley H. Ryan, Esq. of the firm Cozen O'Connor respectfully requests leave to withdraw her appearance (ECF No. 5) as counsel for Defendant, Professional Parking Management Corporation ("PPM") in this action due to a change in employment. Attorneys Jason Domark and Melissa A. Siebert of Cozen O'Connor will remain as counsel of record for PPM and will continue to represent PPM in this case.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that the undersigned has conferred with counsel for Plaintiff and is authorized to represent that the relief in the motion is unopposed.

Dated: August 12, 2025

Respectfully submitted,

COZEN O'CONNOR

/s/ Hayley H. Ryan
Hayley H. Ryan, Esq.
Florida Bar No. 1032623
hryan@cozen.com

200 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Tel: (305) 397-0801
Fax: (305) 704-5955
*Former Counsel for Defendant, Professional
Parking Management Corporation*