# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Angela E. Noble**  
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09  
Miami, Florida 33128-7716  
(305)523-5100

Date: February 18, 2026

FILED BY _CWC_ D.C.

MAR 09 2026

ANGELA E. NOBLE  
CLERK U.S. DIST. CT.  
S. D. OF FLA. - FT. LAUD.

**Clerk of Circuit and County Courts**  
17th Judicial Circuit of Florida  
230 Broward County Courthouse  
201 South East 6th Street  
Ft. Lauderdale, FL 33301

RE:  District Court Case No.: 0:24-cv-61213-AHS

State Court Case No.: CACE-24-007630

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**  
The undersigned hereby acknowledges receipt of the District Court's certified copy of the Order of Remand.

By _/s/ illegible_  
Deputy Clerk

On _2/25/2026_

Angela E. Noble, Clerk of Court

By  _/s/ Clifford Wilfrid Charles_  
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Office of the Clerk
299 East Broward Boulevard, Rm 108
Ft. Lauderdale, Florida 33301

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

MIAMI FL 333
5 MAR 2026 PM 5 L

United States District Court
Office of the Clerk
299 East Broward Blvd. Room 108
Ft. Lauderdale, FL 33301

S95827.072

$0.740
US POSTAGE IMI
FIRST-CLASS
063S0001355575
FROM 33301

33301-197799